CLOSED, ECF, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:06-cv-01238-DAB
**Internal Use Only**

| | |
|---|---|
| Hester v. National Association of Securities Dealers, Inc. | Date Filed: 02/16/2006 |
| Assigned to: Judge Deborah A. Batts | Jury Demand: Plaintiff |
| Related Case: 1:06-cv-01085-DAB | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Breach of Contract | Jurisdiction: Diversity |

## Plaintiff

**Jennifer Hester**
*on behalf of hereself and all others similarly situated*

represented by **Michael T. Fantini**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert I. Harwood**
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
212-935-7400
Fax: 212 753-3630
Email: rharwood@whesq.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherrie Raiken Savett**
Berger &Montague
1622 Locust Street
Philadelphia, PA 19103
(215)-875-4604
Fax: (215)-875-3000
Email: ssavett@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

V.

**Defendant**

**National Association of Securities Dealers, Inc.**

represented by **Matthew Dempsey McGill**
Gibson, Dunn and Crutcher (DC)
1050 Connecticut Ave. NW.,
Washington, DC 20008
(202)-887-3680
Fax: (202)-530-9662
Email: mmcgill@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2006 | 1 | COMPLAINT against National Association of Securities Dealers, Inc.. (Filing Fee $ 250.00, Receipt Number 570378)Document filed by Jennifer Hester. (dle, ) Additional attachment(s) added on 2/22/2006 (jmi, ). (Entered: 02/17/2006) |
| 02/16/2006 |  | SUMMONS ISSUED as to National Association of Securities Dealers, Inc.. (dle, ) (Entered: 02/17/2006) |

| | | |
|---|---|---|
| 02/16/2006 | 2 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 06-cv-1085 (DAB). Document filed by Jennifer Hester.(dle, ) Additional attachment(s) added on 2/22/2006 (jmi, ). (Entered: 02/17/2006) |
| 02/16/2006 | | CASE REFERRED TO Judge Judge Deborah A. Batts as possibly related to 1:06-cv-1085. (dle, ) (Entered: 02/17/2006) |
| 02/16/2006 | | Case Designated ECF. (dle, ) (Entered: 02/17/2006) |
| 02/24/2006 | 3 | WAIVER OF SERVICE RETURNED EXECUTED. National Association of Securities Dealers, Inc. waiver sent on 2/22/2006, answer due 4/24/2006. Document filed by Jennifer Hester. (Quitt, Daniella) (Entered: 02/24/2006) |
| 03/02/2006 | | CASE ACCEPTED AS RELATED TO 1:06-cv-1085. Notice of Assignment to follow. (laq, ) (Entered: 03/09/2006) |
| 03/02/2006 | 6 | NOTICE OF CASE ASSIGNMENT to Judge Deborah A. Batts. Judge Unassigned no longer assigned to the case. (laq, ) (Entered: 03/09/2006) |
| 03/02/2006 | | Magistrate Judge Michael H. Dolinger is so designated. (laq, ) (Entered: 03/09/2006) |
| 03/03/2006 | 4 | NOTICE OF APPEARANCE by Matthew Dempsey McGill on behalf of National Association of Securities Dealers, Inc. (McGill, Matthew) (Entered: 03/03/2006) |
| 03/03/2006 | 5 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by National Association of Securities Dealers, Inc..(McGill, Matthew) (Entered: 03/03/2006) |
| 03/09/2006 | | Mailed notice to the attorney(s) of record. (laq, ) (Entered: 03/09/2006) |
| 03/10/2006 | 7 | ORDER: For the reasons cited in defendant's |

| | | |
|---|---|---|
| | | accompanying memorandum of law, Defendant's unopposed motion to stay these proceedings is granted. (Signed by Judge Deborah A. Batts on 3/9/2006) (lb, ) (Entered: 03/10/2006) |
| 03/13/2006 | 8 | NOTICE of Filing of Motion to Transfer. Document filed by National Association of Securities Dealers, Inc.. (Attachments: # 1 Appendix)(McGill, Matthew) (Entered: 03/13/2006) |
| 03/13/2006 | 9 | MOTION for an order, admitting Sherrie R. Savett and Michael T. Fantini to Appear Pro Hac Vice. Document filed by Jennifer Hester. (sac, ) (Entered: 03/14/2006) |
| 03/21/2006 | 10 | NOTICE of Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1). Document filed by Jennifer Hester. (Quitt, Daniella) (Entered: 03/21/2006) |
| 08/15/2006 | 11 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - District of Columbia. (Signed by Judge MDL Panel on 6/27/6) (laq, ) (Entered: 09/05/2006) |
| 08/15/2006 | | MDL TRANSFER OUT: Mailed documents numbered 1-11, certified copy of docket entries and transfer order along with letter of acknowledgment to the United States District Court - District of Columbia. Mailed via Federal Express AIRBILL # 8575 0916 5300 on 9/5/6. (laq, ) (Entered: 09/05/2006) |