UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER HESTER,<br><br>    Plaintiff,<br><br>    v.<br><br>NAT'L ASS'N OF SEC. DEALERS, INC.,<br><br>    Defendant. | Civil Action No. 06-1321 (JDB) |

# ORDER

Plaintiff Jennifer Hester originally filed this action in the United States District Court for the Southern District of New York on February 16, 2006.  See Hester v. Nat'l Ass'n of Sec. Dealers, Inc., No. 06-cv-1238 (S.D.N.Y.).  Defendant filed a motion to transfer with the Judicial Panel on Multidistrict Litigation requesting that the action be consolidated as part of a multidistrict litigation.  Thereafter, on March 21, 2006, plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Despite the filing of the notice of dismissal, the Hester action was transferred from the Southern District of New York to this Court on October 6, 2006, where it was renumbered as civil action 06-1321 and consolidated for pretrial purposes in In re Series 7 Broker Qualification Exam Scoring Litigation, MDL No. 1772, 06-mc-355 (D.D.C.).  In addition, plaintiff filed a separate action in this Court on March 23, 2006, see Hester v. Nat'l Ass'n of Sec. Dealers, Inc., No. 06-cv-554 (D.D.C.), which is also consolidated for pretrial purposes in In re Series 7 Broker Qualification Exam Scoring Litigation.  In light of plaintiff's notice of voluntary dismissal filed with the transferor court, it is this 26th day of April, 2007, hereby

1

**ORDERED** that the complaint is **DISMISSED** without prejudice.

**SO ORDERED.**

                                        /s/
                              JOHN D. BATES
                      United States District Judge